**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 05-2130**

———————

LOUISE REDDITT,

Plaintiff - Appellant,

and

DOMINIQUE HOLLIS, Louise Redditt, legal
guardian; DENEISHA HOLLIS, Louise Redditt,
legal guardian,

Plaintiffs,

versus

PATRICIA WADE,

Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. James C. Cacheris, Senior
District Judge. (CA-02-1275-1)

———————

Submitted: April 12, 2006      Decided: May 4, 2006

———————

Before WILKINSON, KING, and GREGORY, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Louise Redditt, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Louise Redditt appeals the district court's order dismissing her complaint under 42 U.S.C. § 1983 (2000) against Defendant Patricia Wade for failure to effect service within 120 days from the filing of the complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Redditt v. Wade</u>, No. CA-02-1275-A (E.D. Va. filed Sept. 23, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>